# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1286

_____

Rodney Lamont Sanders

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 26, 2018
Filed: January 8, 2019
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Rodney Sanders appeals the district court's[1] denial of his 18 U.S.C. § 983(e) motion to set aside a civil forfeiture of property. He argues that he did not receive

---

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

notice of the forfeiture proceeding and that the government failed to take "reasonable steps" to ensure he received notice. *Id.* § 983(e)(1)(A). We review the court's factual findings for clear error and its legal conclusions de novo. *See United States v. Crumble*, 878 F.3d 656, 659 (8th Cir. 2018); *United States v. Quintero*, 648 F.3d 660, 665 (8th Cir. 2011).

Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the government took "reasonable steps" to notify Sanders of the forfeiture proceeding, even if the notice did not reach him. 18 U.S.C. § 983(e)(1)(A); *cf. Dusenbery v. United States*, 534 U.S. 161, 168–73 (2002) (describing the due-process requirements for notice of a forfeiture proceeding and stating that actual notice is not required). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____